| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | Dean Walsmith |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 6:08-mj-0176 WMW |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR MODIFICATION AND |
| | ) | EXTENSION OF PROBATION; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| DEAN WALSMITH, | ) | Magistrate: Hon. William M. Wunderlich |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ED DUNLAVEY, National Park Service, counsel for Plaintiff, and CHARLES J. LEE, Assistant Federal Defender, counsel for Defendant Dean Walsmith, that Mr. Walsmith's fine payment schedule be adjusted so his next payment shall be in the amount of $50.00 and be due on July 1, 2009. Subsequent $50.00 a month payments shall be due by the first of each month until the fine is paid in full. Informal probation shall also be extended two years.

On August 25, 2008, Mr. Walsmith entered a plea to driving under the influence and he received a 12 month grant of informal probation on the standard terms and a fine totaling $1200.00. Due to Mr. Walsmith's lack of employment, he has been unable to make the fine payments. However, Mr. Walsmith is scheduled to begin full-time work this coming Saturday and now will be able to pay his fine.

//

//

Dated: May 15, 2009

By: /s/ Ed Dunlavey
ED DUNLAVEY
National Park Service
Attorney for Plaintiff

Dated: May 15, 2009                         DANIEL J. BRODERICK
                                            Federal Defender

By: /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
Dean Walsmith

## **O R D E R**

**IT IS SO ORDERED** that Mr. Walsmith's informal probation be extended for two years and his fine payment schedule adjusted so his next payment of 50.00 will be due July 1, 2009, and the first of each following month until the fine is paid in full.

IT IS SO ORDERED.

**Dated:   May 18, 2009**                   /s/ **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE